Gregory F. BYERS, Plaintiff,

v.

The ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, a corporation, Defendant.

No. 16429.

United States District Court, S. D. California, Central Division.

Feb. 28, 1955.

Hildebrand, Bills & McLeod, Los Angeles, Cal., for plaintiff.

Robert W. Walker and Richard K. Knowlton, Los Angeles, Cal., for defendant.

HALL, District Judge.

This is a companion case to Greenwood v. Atchison, T. & S. F. Ry. Co., D.C., 129 F.Supp. 105, in which a memorandum directing summary judgment for the defendant is filed this day.

For the reasons therein stated, the defendant's motion for summary judgment is ordered granted.

Counsel will prepare appropriate findings, conclusions and judgment, and serve the same under the Rules.